FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2015 9:25:00 AM
DEBBIE AUTREY
Clerk

NO. 1423952

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **8TH JUDICIAL DISTRICT** |
| | § | |
| **FRANKLIN COY KUHL, JR** | § | **HOPKINS COUNTY, TEXAS** |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Franklin Coy Kuhl, Jr, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Franklin Coy Kuhl, Jr.

Respectfully submitted,

FRANK LONG
614 Oak Avenue
Sulphur Springs, Texas 75482
Tel: (903) 885-7800
Fax: (903) 885-7133
State Bar No. 12519500
franklonglaw@gmail.com
Attorney for Franklin Coy Kuhl, Jr

## CERTIFICATE OF SERVICE

This is to certify that on October 26, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, Texas, by facsimile transmission to 9038850640.

_____
Frank Long



FILED
2015 OCT -7 PM 12: 22
CHERYL FULCHER
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

NO. 1423952

THE STATE OF TEXAS

V.

**Franklin Coy Kuhl, Jr.**
Defendant

IN THE DISTRICT COURT

8TH JUDICIAL DISTRICT

HOPKINS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

✓ is not a plea bargain case, and the defendant has the right of appeal.

_____ is a plea bargain case, but matters were raised by written motion filed and ruled on *before trial and not withdrawn or waived*, and the defendant has the right of appeal.

_____ is a plea bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal.

_____ is a plea bargain case, and the defendant has NO right of appeal.

_____ the defendant has waived the right of appeal.

_____
Judge

_10/7/2015_
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. 1R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am, entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant
Mailing address: *In Custody*
Telephone number:
Fax # (if any):

_____
Defendant's Counsel
State Bar of TX ID # 12519500
Mailing address: PO Box 115, Sulphur Springs, TX 75483
Telephone number: 903 885 7800
Fax # (if any) 903 885 7133

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's *right to appeal in every case in which it enters a judgment of guilt or other appealable order*. In a plea bargain case — that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).

WHITE - TRIAL COURT     CANARY - DEFENDANT     PINK - DEFENDANT'S COUNSEL

To Reorder call Echo Publishing Co (903) 885-0861